UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 19-cv-02884-SVK |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| DONALD ENSCH, et al., | |
| Defendants. | |

The Court held a Case Management Conference on December 10, 2019. Plaintiff's counsel informed the Court that she received a signed settlement agreement from Defendant's counsel on December 3, 2019 and that payment was expected within 10 days of that date. Accordingly, the Court hereby ORDERS that by **January 7, 2020**, the parties shall file either a stipulation of dismissal or a response to this order advising as to the status of the settlement. If a dismissal is not filed by the specified date, then the parties shall appear on **January 14, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: December 10, 2019

SUSAN VAN KEULEN
United States Magistrate Judge