UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD ENSCH, et al.,<br><br>    Defendants. | Case No. 19-cv-02884-SVK<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FINALIZE SETTLEMENT**<br><br>Re: Dkt. No. 30 |

Plaintiff's request for additional time to finalize the settlement (Dkt. 30) is **DENIED**. The January 14, 2020 hearing remains on calendar. The parties have had ample time, in excess of 90 days, to collect signatures. *See* Dkt. 20. Indeed, at a case management conference on December 10, 2019, counsel for Plaintiff represented to the Court that the settlement had been signed and payment was expected within 10 days. *See* Dkt. 29. Inexplicably, Plaintiff now states, in what appears to be boilerplate language, that the parties are merely "in the process of circulating [the settlement agreement] for signatures." Dkt. 30. Plaintiff then requests yet another 30 days to file a dismissal. Plaintiff's request is not well-taken, and counsel is advised to review the docket before submitting boilerplate requests to this Court.

The Court further **ORDERS** that a dismissal is to be filed before the January 14, 2020 hearing. If a dismissal is not on file by January 13, 2020, the parties are ordered to appear to show cause as to why the case should not be dismissed and closed by the Clerk of the Court, regardless of the status of settlement.

**SO ORDERED.**

Dated: January 7, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge